| | |
|---|---|
| 1 | MELINDA HAAG |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| | Email: Ila.Deiss@usdoj.gov |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
| | Telephone: (415) 436-7124 |
| 7 | FAX: (415) 436-7169 |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Pedro Alcides DUQUE-QUINTANILLA, | ) | No. C 12-2297 NC |
| Plaintiff, | ) | |
| v. | ) | |
| JOSE FELICIANO, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT ("ICE") Officer, MIRA LOMA DETENTION FACILITY; SERGIO ZAPATA, U.S. ICE Officer, MIRE LOMA DETENTION FACILITY; JOHN ZUTEL, SUPERVISORY U.S. ICE Officer, MIRA LOMA DETENTION FACILITY; JOANNIE PATERSON, SUPERVISORY ICE Officer, MIRA LOMA DETENTION FACILITY; NORMA BONALES-GARIBAY, DEPUTY FIELD OFFICE DIRECTOR, LOS ANGELES ENFORCEMENT AND REMOVAL OFFICE ("ERO"); TIMOTHY S. ROBBINS, FIELD OFFICE DIRECTOR, LOS ANGELES ERO; JOHN MORTON, DIRECTOR OF ICE, WASHINGTON, D.C. HEADQUARTERS; JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ERIC HOLDER, JR., U.S. ATTORNEY GENERAL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CONSENT TO A MAGIRSTRATE JUDGE;** **STIPULATION TO DISMISS; AND** **[~~PROPOSED~~] ORDER** |
| Defendants. | ) ) | |

Consent to Proceed Before A Magistrate Judge and Stip. To Dismiss
C12-2297 NC

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Further, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendants, through undersigned counsel, hereby stipulate to dismiss the entire above-captioned action as moot. Each party shall bear their own costs and fees.

IT IS SO STIPULATED.

Dated: May 18, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: May 18, 2012

/s/
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 18, 2012

NATHANIEL COUSINS
United States Magistrate Judge

Consent to Proceed Before A Magistrate Judge and Stip. To Dismiss
C12-2297 NC                                             2