| | |
|---|---|
| 1 | MELINDA HAAG |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
|   | Email: Ila.Deiss@usdoj.gov |
| 5 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
|   | Telephone: (415) 436-7124 |
| 7 | FAX: (415) 436-7169 |
| 8 | Attorneys for Defendants |

9    UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA

11    SAN FRANCISCO DIVISION

12

13  Pedro Alcides DUQUE-QUINTANILLA,        ) No. C 12-2297 NC
                                            )
            Plaintiff,                      )
14                                          )
        v.                                  )
15                                          )
    JOSE FELICIANO, U.S. IMMIGRATION &      )
16  CUSTOMS ENFORCEMENT ("ICE")             )
    Officer, MIRA LOMA DETENTION            )
17  FACILITY; SERGIO ZAPATA, U.S. ICE       )
    Officer, MIRE LOMA DETENTION            ) **CONSENT TO A MAGISTRATE JUDGE;**
18  FACILITY; JOHN ZUTEL,                   )
    SUPERVISORY U.S. ICE Officer,           ) **STIPULATION TO DISMISS; AND**
19  MIRA LOMA DETENTION FACILITY;           ) [~~PROPOSED~~] **ORDER**
    JOANNIE PATERSON, SUPERVISORY           )
20  ICE Officer, MIRA LOMA DETENTION        )
    FACILITY; NORMA                         )
21  BONALES-GARIBAY, DEPUTY FIELD           )
    OFFICE DIRECTOR, LOS ANGELES            )
22  ENFORCEMENT AND REMOVAL                 )
    OFFICE ("ERO"); TIMOTHY S.              )
23  ROBBINS, FIELD OFFICE DIRECTOR,         )
    LOS ANGELES ERO; JOHN MORTON,           )
24  DIRECTOR OF ICE, WASHINGTON, D.C.       )
    HEADQUARTERS; JANET                     )
25  NAPOLITANO, SECRETARY, U.S.             )
    DEPARTMENT OF HOMELAND                  )
26  SECURITY; ERIC HOLDER, JR.,             )
    U.S. ATTORNEY GENERAL,                  )
27                                          )
            Defendants.                     )
28  _____)

Consent to Proceed Before A Magistrate Judge and Stip. To Dismiss
C12-2297 NC

1    In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

   Further, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendants, through undersigned counsel, hereby stipulate to dismiss the entire above-captioned action as moot.  Each party shall bear their own costs and fees.

   IT IS SO STIPULATED.

Dated: May 18, 2012                          Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney


                                                      /s/
                                             ILA C. DEISS
                                             Assistant United States Attorney
                                             Attorneys for Defendants


Dated: May 18, 2012                                   /s/
                                             ROBERT B. JOBE
                                             Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: May 18, 2012
                                             NATHANIEL COUSINS
                                             United States Magistrate Judge

Consent to Proceed Before A Magistrate Judge and Stip. To Dismiss
C12-2297 NC                                  2